449 F.2d 347
 UNITED STATES of America, Plaintiff-Appellee,
v.
Addison CHANDLER, Defendant-Appellant.
 No. 30775 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 2, 1971.
 
 Clyde Hurlbert, Biloxi, Miss., Courtappointed, for defendant-appellant.
 Robert E. Hauberg, U. S. Atty., E. Donald Strange, Asst. U. S. Atty., Jackson, Miss., for plaintiff-appellee.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966